MIED (Rev.5/13) General Civil Complaint





# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**TINNON, TYRUS L. SR.,"et al." TRUSTORSHIP**

                                    Plaintiff(s),

v.

**DEPARTMENT OF TREASURY**

Case:2:14-cv-12352
Judge: Steeh, George Caram
MJ: Grand, David R.
Filed: 06-16-2014 At 03:33 PM
TINNON v BUREAU OF INTERNAL REVENUE
SERVICE, ET AL (dat)

                                    Defendant(s).
_____/

## COMPLAINT

I.    Defendant(s).   Print the full name for each defendant.   If there are more defendants, use additional pages
      to provide their names.

            **Name of Defendant(s)**

      1.    timothy franz geithner "et al."- FMR. TRUSTEE
      _____

      2.    **jacob lew "et al."- TRUSTEE**
      _____

      3.
      _____

      4.
      _____

      5.
      _____

II.   Statement of claim.   Briefly state the facts of your case.   Describe how each defendant is involved, and
      exactly what each defendant did, or failed to do.   Include names of any other persons involved, dates, and
      places.   You may use additional paper if necessary.


      **In regards to making note of the matter a bill of exchange under** the 3.8.45.4.10.1 located in the IRM Code
      _____

      (01/01/2010),   if a bill(s) of exchange or Registered bill of exchange is received from a TAXPAYER
      _____

      Authorizing the campus to settle their account through Fed Wire/EFT Act of 1978, and recorded in the
      _____

MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**TINNON, TYRUS L. SR., "et al."- TRUSTORSHIP**

Plaintiff(s),

v.                                                          Civil No. _____

**BUREAU OF INTERNAL REVENUE SERVICE/**
**INTERNAL REVENUE TAX AND AUDIT SERVICE, INC. (IRS)**          Judge _____

Defendant(s).

_____/

## COMPLAINT

I.    <u>Defendant(s)</u>.   Print the full name for each defendant.   If there are more defendants, use additional pages to provide their names.

### Name of Defendant(s)

1.   douglas s. shulman - **"et al."**

2.   steven miller- **"et al."**

3. **daniel l. werfel - "et al."**

4.  mitchell renee a - A.K.A.,  R. A. MITCHELL - **"et al."**

5.  hurst, debra k.- **"et al."**

II.   <u>Statement of claim</u>.   Briefly state the facts of your case.   Describe how each defendant is involved, and exactly what each defendant did, or failed to do.   Include names of any other persons involved, dates, and places.   You may use additional paper if necessary.

**In regards to making note of the matter a Bill of Exchange under** the 3.8.45.4.10.1 located in the IRM Code

(01/01/2010),   if a Bill(s) of Exchange or Registered bill of exchange is received from a TAXPAYER

Authorizing the campus to settle their account through Fed Wire/EFT Act of 1978, and recorded in the

MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

**TINNON, TYRUS L. SR.,  "et al."TRUSTORSHIP**

Plaintiff(s),

v.                                                              Civil No. _____

(RBS) CITIZEN FINANCIAL GROUP                Judge _____
OPERATIONS SERVICE DEPARTMENT

Defendant(s).
_____/

## COMPLAINT

I.    <u>Defendant(s)</u>.   Print the full name for each defendant.   If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1.    allemany, elle "et al."– Fmr. CEO _____

2.    Van Saun Bruce W. "et al."- CEO _____

3.    _____

4.    _____

5.    _____

II.   <u>Statement of claim</u>.   Briefly state the facts of your case.   Describe how each defendant is involved, and exactly what each defendant did, or failed to do.   Include names of any other persons involved, dates, and places.   You may use additional paper if necessary.

In regards to making note of the matter a bill of exchange under the 3.8.45.4.10.1 located in the IRM Code

(01/01/2010),   if a bill(s) of exchange or Registered bill of exchange is received from a TAXPAYER

Authorizing the campus to settle their account through Fed Wire/EFT Act of 1978, and recorded in the

MIED (Rev.5/13) General Civil Complaint

Address: **Department of the Treasury Office of Executive Secretary 1500 Pennsylvania Avenue,**

Washington, D.C. 20220

III.     Relief.   Briefly state exactly what you want the court to do for you.

By violating the rights of a Taxpayer, Taxpayer representative or other Employee(s) of the IRS

under the U.S. Constitution or under specified Civil rights acts 28 U.S.C. §1343, 1346.See below

Falsified or destroyed documents to conceal mistakes made by any employee with a matter involving

A Taxpayer or Taxpayer Representative; Title 42 of 1982, 1983, 1985 assaulted or battered a Taxpayer, or

Since the IRS Agents have filed a Notice of Lien, and never answered to the Bill of Exchange, or the Letter

notice of Lawsuit. The **False Claims Act** on March 2, 1863, 12Stat.696. (31 U.S.C.§§3729–3733 also

called the **"Lincoln Law"**) (Pub .L. 99-562, 100 Stat. 3153, enacted October 27, 1986) is the appropriate

matter for filing this suit. In a 2008 case, *Allison Engine Co. v. United States ex rel. Sanders*, the United

State Supreme Court.  See Revised Statute §4283( Limitation Act §3), 46 U.S.C. app. §181, 183(2000). [Amount of liability]

$271,649,838

MIED (Rev.5/13) General Civil Complaint

IV.   Additional Information. – Briefly enter any additional information, you may use additional paper.

The necessity of due process is implicitly preserved by **28 USC § 2463,** which stipulates that any Seizure under

United States Revenue Codes will be deemed in the custody of the laws and **subject solely to  disposition of**

**Courts of the United States with proper jurisdiction.** In other words, even if IRS had legitimate authority

in the several States, the agency would necessity have to **file a Civil or Criminal Complaint prior to Garnishment,**

**Seizure or any other action adversely affecting the life, liberty or property of any given person,** whether a

**Fourteenth Amendment Citizen-subject** of the United States or a Citizen Principal of one of the several States.

V.   Demand for Jury Trial.   Check this box if you want your case to be decided by a jury, instead of a judge.

☐   Plaintiff demands a jury trial on all issues.

Dated:   **06/16/2014**

_Cyrus Lavell Ginnon-Senior_
Plaintiff's Signature

_Cyrus lavell Ginnon-Senior_
Plaintiff's Printed Name

**Care of 180 east dakota street**
Street Address

**detroit, michigania republic near[48203]**
City, State, Zip Code

**3136185961**
Telephone Number

**THE1MOOR@GMAIL.COM**
E-mail Address





Case:2:14-cv-12352
Judge: Steeh, George Caram
MJ: Grand, David R.
Filed: 06-16-2014 at 03:33 PM
TINNON v BUREAU OF INTERNAL REVENUE
SERVICE, ET AL (dat)

**In The United Stat**

**IN ADMIRALTY AND MARIT**

TINNON, TYRUS L. SR., TRUSTOR SHIP
tinnon- tyrus- lavell- senior "et al."
*Plaintiff, pro se litigant-* **R1 (b)**
V.
**THE UNITED STATES**
DEPARTMENT OF TREASURY
**D- 1,** geithner, timothy franz **"et al."** - FMR. Trustee
**D- 2,** lew, jacob **"et al." – Trustee**

**BUREAU OF INTERNAL REVENUE SERVICE/
INTERNAL REVENUE TAX AND AUDIT SERVICE,
INC. (IRS) - IRM:** 25.3.4 Suits against IRS Employees,
25.3.3., 25.3.4 for Violating 15 U.S.C. § 1681 et seq. (§§
601-625).  USC › Title 15 › Chapter 41 › Subchapter(s) V ›
§ 1692 a, b, c, d, e, f, g, h, i, j, k, l, m, n, o, p.
**D- 3,** shulman, douglas s. - **"et al."**
**D- 4,** steven miller - **"et al."**
**D- 5,** werfel, daniel l.  - **"et al."**
**D- 6,** mitchell renee a - **"et al.",**  R. A. MITCHELL
**D- 7,** hurst, debra k.  **"et al."**

**(RBS) CITIZEN FINANCIAL GROUP OPERATIONS
SERVICE DEPARTMENT:**
D- 8, allemany, elle – **"et al."**
D- 9, **van saun bruce w. "et al."-** CEO
Defendants: *LR 5.3 (c) (1)(2)*
et al. *USC› Title 28 › Part II › Chapter 39 › § 581*

*quasi in rem jurisdiction:* Article 138;

U.M.C. J. **Subchapter X. Punitive Articles:** *81, 121*
U.M.C. J. *842. ARTICLE 42.* Oaths

**DECLARATORY JUDGEMENT FOR
MONETARY DAMAGES
FOR VIOLATIONS OF 4TH, 5TH, 6TH, 7TH, 8TH, 9th
AMENDMENT(S) DUE PROCESS CLAUSE,
PURSUANT TO 42 U.S.C. §1983-1986, COLOR OF
LAW. COMPLAINT FOR DAMAGES UNDER
THE MERCHANT MARINE ACT OF 1916**

**Proceeding in Rem and Personam**
28 U.S.C §'s 754, 763- 24 Stat. 506, 818, 959(a),
1333*, §1337, 1346 (a)(b)(1)(2)(e) and  1353,
1355(b)(1), 1361, 1391(e), 1395 (d),  1396, 1402,
1442, 1491(a)(1), 1873,  2201, 2202, 2072 (a)(b),
2401, 2405, 2410,  2411, 2412 par., (2)(b)(B)(c)(1).
2414, 2461(b) and §2463- 2465 par. (1) (2) (b) (A)
(B) (C).  2467 (a), 2517 (a), (2672(d) (1), 2679(d)
(1). Fed. R. Civ. P. Rule(s): B(1)(2), F, 4 SEC., 2,
3(A)(B)(j)(1)(n)(2). E (4) (f) (8).  5(d).  9(h). 10(a)
(h). 11(c). 12(b) (h) (3) (6). 13, 14(c).
15(c)(1)(2)(C)(D) (i). 17 B (a)(b)(c)(d) (ii),
26(a)(3)(A)(iii).C.6(a)(b)(i). 38(e). 56.1, 56.2, 57,
58, 64, 65, 65.1, 66, 68, 82.  USAM 4-5.310. 17
U.S.C. 1701-1705.  17 U.S.C. 501- 506.
28 U.S.C.  Part IV › Chapter 85 › § 1361. 31
U.S.C. §§ 3729–3733, 35 U.S.C. § 292.  46 U.S.C.
§§ 30505(b) - 30512. 46a U.S.C. 723.

**United States District Court of Eastern
Michigan Local Rules: LR 3.1, LR
5.1.(a)(e)(1)(A), LR 5.3,  LR 7.1, LR 9.1(b), LR
11.1, LR 15.1, LR 16.2, LCrR 17.1
(b)(1)(2)(3)(4)(5)(6)(7)(8)(9)(10)(12), LCrR57.3
LR 26.1, LR 55.1-2, LR 55.1, LR 55.2, LR 58.1,
LR 58.1, LR E.1 9(a)(b), LR E.1(a)(b). R 11- LR
7.1(a)(1)(i). LR 73.1, LR B.1, LCRr17.1, LR 83.10
(5), LR 83.22, LR E. 1, R8 (a)(e), R9 (d), R 10(b).**

**VERIFIED COMPLAINT- LR 83.22(2)(C)(E)**

During 10/2010, i received documentation from this U.S. CORPORATION in Admiralty Known as IRS

Stating that a Lien had been filed in the Wayne County Registered Deeds Office on my Vessel known

as TYRUS L. TINNON, SR., A TRUSTORSHIP in Admiralty and Maritime, for an amount of $36, 656.79

these Trustee(s) have violated their civic duties, that they had sworn under Title 28 USC § 563 to up

hold their Oaths of Office, under the Great Seal of the North American Government (union republic), fail to honor

the United States Constitution of 1787, by bringing a Bill of Attainder- referenced in Article 1, Sec. 9, and Clause 3

Michigan Constitution(s) of 1850: Sec. 43. The Legislature shall pass no Bill of Attainder, ex post Sec. 31.

Excessive bail shall not be required; excessive fines shall not be imposed; cruel or unusual punishment shall not

be inflicted; nor shall witnesses be unreasonably detained, and without a Court Order *LR 9.1(b), LR 69.1*

1   De facto law or law impairing the Obligation of Contracts.  Defamation of Character as an absconder.

2   i responded in a timely manner to communicate and negotiate, with a Bill of Exchange to discharge

3   an allege DEBT by utilizing a negotiable instrument under National Banking Act (Chapter 106, 13 STAT. 99),

4   Sec. 29.  **Treas. Reg. § 301.7433-1,** UCC 3-305, 306, reflected by Congress Codified in

5   USC› Title 28 › Part VI › Chapter 151 ›§ 2201 Creation of  remedy.  Michigan Constitution of 1850,

6   **Suspension of specie payments.** Sec. 6. The legislature shall pass no law authorizing or the Suspension of specie

7   payments by any PERSON, ASSOCIATIONS, or CORPORATION. i had Composed, arranged, produce in

8   compliance under the 3.8.45.4.10.1 located in the IRM Code (01/01/2010).

9   Authorizing the campus to settle their account through Fed Wire/EFT Act of 1978, and recorded in the

10   Wayne County Registered of Deeds Office and then sent everything forwarded to the following

11   Address: **Department of the Treasury Office of Executive Secretary 1500 Pennsylvania Avenue, NW Room**

12   **3413.** Mailed out by United States Postal Service via Registered Mail under **LR72.1 (L, M.)**

13   *SEE AM JUR. VOL., 15(A) CLAUSE #20. (PAGE 469.)Obligation(s) in good* faith. Petitioner holds

14   an irrefutable Commercial Contract, protected by Article I, Section 10, Amendment (s) I, V, IV, of the

15   United States Constitution.  USC › Title 28 › Part IV › Chapter 85 › § 1346.  USC › Title 28 › Part IV ›

16   Chapter 87 ›§ 1396.  Pub. L. 113-31. **See**  (150 F.2d 98.)

17   **See Exhibits: A- 1; Bill of Exchange, UCC Financing Statement (3) pages. *B- 2; Faxes (1) page,***

18   ***C- 3;Track & Confirm(2) pages. Constitutional tort for damages and liabilities.***

19   In U. S. v. Smith, (1855) 3 Blatch f. (U. S.) 255.  U. S. v. Howard, (1818) 3 Wash. (U. S.) 340.

20   ***Plaintiff's Claims LR 16.2(2)***

21   Now comes, i the plaintiff who has on various occasions tried to plea with the IRS Agents to honor its

22   IRM Code(s) to settle this matter before malfeasance, and negligence would come in the frame and art work by

23   violating my U.S. Constitutional and Civil Rights, for not discharging Allege DEBTS, which are crossed referenced

24   in line(s) 2 thru 11 on this page. *SEE MYZEL V. FIELDS, C.A. MINN. 386 R. 2d. 718 734.*

25   *SEE MYZEL V. FIELDS, C.A. MINN. 386 R. 2d. 718 734.* In spite of my lawful convictions to honor

26   provisions in the U.S. Constitution(s) of 1787. The Constitution(s) of 1850 Michigan Republic, The National

27   Banking Act of 1864, and against the Contract Disputes Act of 1978.  Fraudulent Acts were done by IRS Agents,

28   who remain derelict, relentless in their civic duty(s) in various offense(s)?  The IRS have

Case No. _____ DECLARATORY JUDGEMENT FOR MONETARY DAMAGES/COPY RIGHT
TRADE MARK/LIBEL SLANDER

1   stated to me to sue them. The five (5) violation(s).  4 USC § 72 - *PUBLIC OFFICES; AT SEAT OF THE*

2   *GOVERNMENT*, **National Bank Act of 1864 (Chapter 106, 13 STAT. 99) Thirty- Eighth Congress**

3   Secession 9: Oath of Office, Loyalty to Office.  **63C Am. Jur.2d, Public Officers and Employees, §247.**

4   United States Code Title 10,892 and, **42 U.S.C. §1983-1986, Color of Law, under the Color of Authority,**

5   Officer or Employee. 18 U.S.C. § 654, 655 Pub. L. 104–294, title VI, §606(a), Oct. 11, 1996, 110 Stat. 3511.) Noted,

6   they have violated their Oath(s) of Office under Title 18 U.S.C. **§§661, 662.** Pub. L. 89–554, § 4(c), Sept. 6, 1966, 80

7   Stat. 619. An underlying concern of Constitutional Provisions, "FORBIDDING IMPAIRMENT OF CONTRACTS."

8   Legislature or Court will render invalid rights and Obligations, which parties agreed, in their Contracts.

9   CLAUSE # 5, NATURE AND SCOPE: (PAGE 881).  "PROVISION", THIS CLAUSE "GUARANTEES"

10   AGAINST GOVERNMENT CONDUCT THAT IMPAIRS CONTRACT(S), NOT THAT WHICH IS INTENDED

11   TO PRESERVE THEM. Act of April 30, 1790, ch. 9, 1 Stat. L. 115. Secs. 5377-5382, 5383.CLAUSE #6,

12   OBLIGATION OF CONTRACT DEFINED: (PAGE 882), By Obligation of the Contract, is meant the means

13   which, at the time of its creation, the law affords for its enforcement.

14   Nelson v. Police Jury, LA, 1883, 4s. CT. 648. 111 U.S. 720, 28 L. ED. 575. See also, Louisiana V. New Orleans,

15   1880,102 U.S. 203, 12 OTTO. 203, 26 L. ED. 132; Walker V. Whitehead, 1872, 83 U.S.  314, 16 Wall.  314, 21

16   L.ED. 357. THE OBLIGATION OF A CONTRACT WITHIN THE MEANING OF THIS CLAUSE IS A VALID

17   SUBSISTING OBLIGATION, NOT A CONTINGENT OR SPECULATIVE ONE.

18   **5.17.6.11 (12-11-2007) Constitutional Defenses.**

19   **VENUE AND JURISDICTION- LR 16.2 (1), LR 83.22 (g) (1) (a) (h). IRM 5.17.5.4(08/01/2010).**

20   This is a Constitutional holding under Article 3, Section 2, and Clause 1. Under USC › Title 28 › Part IV ›

21   Chapter 85 › § 1333.  Suit in Admiralty, Act§ 2, 46 U.S.C. app. § 741, 742,743.  Public Law 41 Stat. **525**

22   2000. is essential to the jurisdiction of the Admiralty Courts over a tort is that it was committed in relation

23   to navigable waters. 1 Benedict on Admiralty, 6th Ed., § 127 et. Seq., The Plymouth, 1865, 3 Wall. 20, 33, 18 L. Ed.

24   Admiralty jurisdiction extends to every species of tort committed upon the high seas or on navigable waters.

25   The Plymouth, supra, 3 Wall. At page 34, 18 L. Ed. 125. This Lien was placed without approval of a rear Admiral

26   Judge from (JAG). The Daniel Ball, 10 Wall. 557, 19 L. Ed. 999 (river entirely within State of Michigan).

27   Libel in [personam] action being brought against the UNITED STATES- INTERNAL REVENUE

28   TAX AND AUDIT SERVICE, INC (IRS).**USAM 4-5.310.** USC › Title 46 › Subtitle III › Chapter 305 › §

Case No. _____    DECLARATORY JUDGEMENT FOR MONETARY DAMAGES/COPY RIGHT
TRADE MARK/LIBEL SLANDER

3

1   30505 (b). Under **_LR 9.1(b) (c)._** Special rules of pleading in Admiralty and Maritime under United States.

2   Cases in law, Calmar S.S. Corp. V. United States, 345, US 46, 97 L .Ed 1140, 73 S. Ct. 773.

3   Black Diamond S.S. Corp. V. Steward & Sons, 336 U.S. 386, 403, 69 S. Ct. 662, 93 L. Ed 754 (1949).

4   The Huntress, 12 Fed. Case 984 @ 992 & 989, (Case No. 6,914) (D. Me. 1840).

5   1 Benedict (6th Edition) § 17, p. 28.  2 Am Jur. Vol. 2, ADMIRALTY **§ 15- Limited**

6    **USAM 4-5.110, 4-5.300 Aviation and Admiralty Litigation.**

7   **LR 72.1(3), _LR 16.2 (1), LR E.1 (5.17.5.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) Jurisdiction for Civil Action against United States._**

8   **USC › Title 28 › Part IV › Chapter 87 › § 1391, Fed. R. Civ. P.  Rule(s) XIII. SUPPLEMENTAL**

9   RULES FOR ADMIRALTY OR MARITIME CLAIMS AND ASSET FORFEITURE ACTIONS-

10   A, B **(1) (2),** C, D, E, G, F. **SEC., 2, 3(A) (B) (j) (1) (n) (2).  E (4) (f) (8).  5(d).  9(h). 10(a) (h). 11(c).**

11   **12(b) (h) (3) (6). 13, 14(c). 15(c) (1) (2) (C) (D) (i). 17 B (a) (b) (c) (d) (ii). C (6) (a) of (b) (i). 38(e), 82.**

12   **USC › Title 28 › Part IV › Chapter 85 › § 1355.  USC › Title 28 › Part IV › Chapter 87 › § 1395**

13   **USC › Title 28 › Part IV › Chapter 87 › § 1396.  USC › Title 28 › Part IV › Chapter 87 › § 1402.**

14   **Fed. R. Civ. P.  Rule _39 a._**  Section 371 (Third 28 U.S.C.A. § 371(3), derived from § 9 of the Judiciary Act

15   of 1789, confers Exclusive jurisdiction on the Federal Courts of all Civil causes of Admiralty and Maritime

16   Jurisdiction. Administrative Procedures Act 5 U.S.C. § 556(d) and under the due process clauses found in

17   _The Fourth, Fifth, and Fourteenth Amendments_ to the National Constitution.  A characteristic feature of the rem

18   Maritime Law is its use of the procedure in derived from the Civil Law, by which a libellant

19   may proceed against the Vessel(s), naming those as a defendant(s) and seeking a judgment(s)

20   Subjecting the Vessel(s), and hence the interests of all persons in her, to the satisfaction of the asserted a

21   claim.  Suits in rem against a Vessel(s) in cases of Maritime tort and for the enforcement of Maritime Liens

22    are familiar examples of a procedure by which a judgment in rem is sought, 'good against the entire world'.

23   §2 of the Suits in Admiralty Act, 46 U. S. C. App. §742, LLOYD HENDERSON, PETITIONER _v._

24   UNITED STATES. In Civil, Federal Tax Cases, jurisdiction must be established under one

25   of the following statutes in order for the Court to entertain suit. In addition, **IRC § 7421 deprives the Court of**

26    **jurisdiction regardless of these statutes.** _28 U.S.C.A. § 125 1 et seq._ 28 U. S. C. §§ 2072(a)(b).

27   District Courts have jurisdiction over Admiralty Cases. 28 USC § 1333.

28   District Courts have original jurisdiction of any Civil Action arising under the Internal Revenue Codes

1  An action involving the Counterclaim against the Defendant(s); and Civil actions under, IRC § 7426 (wrongful levies,

2  and erroneous liens IRC § 7429 (review of jeopardy Levy or assessment procedures).

3   [The United States Tax Court also has jurisdiction over these actions];

4  28 USC § 1361 - District Courts have original jurisdiction over actions to compel an Officer or an Employee

5  of the United States or any Agency(s), to perform a duty owed the Plaintiff. IRC § 7433 must be brought within

6   Two years? 28 USC § 1491 - Defines the jurisdiction of the U.S. Court of Federal Claims. In the U.S. Court of

7   Federal Claims, Constitutional torts, ***there is no dollar limitation on any action***. ***

8  28 USC § 1503 - The U.S. Court of Federal Claims has jurisdiction over set- offs or counterclaims against

9  the plaintiff. *Loos v American Energy Savers, Inc.*, **168 Ill.App.3d 558, 522 N.E.2d 841(1988).**

10  *Flake v Pretzel*, **381 Ill. 498, 46 N.E.2d 375 (1943.)**

11  *In Interest of M.V.*, **288 Ill.App.3d 300, 681 N.E.2d 532 (1st Dist. 1997).**

12  *In re Marriage of Milliken*, **199 Ill.App.3d 813, 557 N.E.2d 591 (1st Dist. 1990).**

13  **Title 5 U.S.C., Sec. 556 (d).** *"A Departure by a Court from those recognized and established law however close*

14  *adherence to mere form in method of procedure, which has the effect of depriving one of a Constitutional right, is an*

15  *excess of jurisdiction."* See *Wuest* v. *Wuest*, 127 P2d 934, 937 Armstrong v. Obucino, 300 Ill. 140, 143, 133 N.E. 58

16  (1921). *Thus, neither Judges nor Government Attorneys are above the law.*

17  *See United States v. Isaacs, 493 F. 2d 1124, 1143 (7th Cir. 1974.)*

18  *CONSTITUTION OF THE UNITED STATES-1787: Article 3 Section8 Clause 2*

19  *'Liability of Judicial Officers under Section 1983'* 79 Yale L. J. (December 1969), pp. 326-27 and 29-30.)

20  *In Wise v. Withers, 7 U.S. (3 Cranch) 331 (1806).* Stump v. Sparkman, 435 U.S. 349 at 360 (1978.)

21  **These are some of the CODES that DEPARTMENT OF TREASURY, INTERNAL REVENUE TAX**

22  **AND AUDIT SERVICE, INC. (IRS)** uses to capitulate. United States Constitution(s), Bill of Rights,

23   Michigan Constitution(s), National Banking Act of 1864:  **9.7.2.1 (07-25-2007), 9.7.2.2 (05-14-2012),**

24  **9.7.2.3 (05-14-2012), 9.7.2.3.1 (05-14-2012), 9.7.2.4 (07-15-2002), 9.7.2.5 (07-15-2002),**

25  **9.7.2.6 (07-15-2002), 9.7.2.7 (07-15-2002), 9.7.2.7.5 (07-15-2002), 9.7.2.8 (07-25-2007),**

26   **9.7.2.8.1 (07-15-2002), 9.7.2.8.5 (07-15-2002), 9.7.2.8.7 (07-25-2007), 9.7.2.8.9 (07-15-2002),**

27  **9.7.2.8.10 (07-15-2002), 9.7.2.8.11 (07-25-2007), 9.7.2.8.13 (07-15-2002), 9.7.2.9 (07-15-2002),**

28  **9.7.2.9.1 (07-15-2002), 9.7.2.9.2 (07-15-2002), 9.7.2.9.4 (07-25-2007), 9.7.2.9.5 (07-15-2002),**

1  9.7.2.9.6 (07-25-2007), 9.7.2.9.7 (07-25-2007), **Exhibit: D- 4 (13) Page**, Garnishment for year 2010

2  **5.17.5.16  (12-14-2007), 5.17.5.17.1  (12-14-2007), 5.17.5.17  (08-01-2010)**, *King v. Frazier*, CA-

3  **DC, 77 F.3d 1361.** The libellees adhere to article VI of the United States Constitutional Oath of Section 92.12 to

4  92.32. defendant(s) are reference to **Section 4303 of Title 5, United States Code, authorizes an Agency to remove**

5  **a Employee for "unacceptable performance,"** as defined in Section 4301 of Title 5. (*Mullane v. Central Hanover* ,

6  **Bank 339 U.S. 306, 70 S. Ct. 652, 94 L. Ed. 865 (1950).** Code is "not the law" (In Re Self v Rhay, 61 Wn (2d) 261)

7  defined by Black's Law Dictionary as prima facie, which is color of law. color is "counterfeit or feigned".

8  ## STIPULATIONS OF FACTS: LR 16.2(4)

9  *Now i the libellant have established these facts that occurred, were committed intentionally and maliciously by*

10  *libellees:* DEPARTMENT OF TREASURY, **IRS, (RBS) CITIZEN FINANCIAL GROUP.**

11  In addition with negligence should also be included to verify facts under the U.S. Constitutions had been Violated.

12  *See Lloyd Sabaudo Societa Anomina Per Azioni v. Elting*, 287 U.S. 329 (1932).

13  Punishment in violation of the Fifth Amendment protection against Double Jeopardy Clause, *see United States v*

14  *Halper*, 490 U.S. 435 (1989). *See Austin v. United States*, 509 U.S. 602 (1993);

15  *United States v. Advanced Tool Co.*, 902 F. Supp. 1011 (W.D. Mo. 1995). <u>USAM</u> > <u>Title 4</u> > **4-4.120**

16  Once i had submitted the Bill of Exchange for discharge, the Garnishments <**LR 69.1**> of a Secret Maritime

17  Liens should have, cease and desists; it brought the Agents, unjust enrichment by extortionating, CREDIT- FEDERAL

18  RESERVE NOTES from my TRUSTORSHIP and to convert its BILLS OF CREDIT to

19  U.S. Constitutional Notes. "*SEE* Lincoln Green Backs". **<u>TITLE 12</u> > <u>CHAPTER 3</u> > SUBCHAPTER**

20  XII> § 411. **3.8.45.4.9 (01-01-2011) (F) (G) (I), Unacceptable Payments.** *See* **Pearlman v. Reliance**

21  Ins. Co., 371. U.S. 132; *United States v Russell 13 Wall, 623, 627.*  In the case of METAL

22  PRODUCTS V. BOW COMPANY TRUST, IRS AND STEVE MORGAN, Case Number 93-405-E- EJL,

23  betty richards- U.S. Attorney, for the TAX DIVISON; DOJ stated in an answer and claim

24  Per; "4. Denies that the INTERNAL REVENUE SERVICE is an Agency of the United States Government but

25  admits that the United States of America (the CORPORATION), A vessel owned and operated by the United States.

26  **26 CFR 301.7432-1 - CIVIL CAUSE OF ACTION FOR FAILURE TO RELEASE A LIEN.**

27  ## Issues of Fact to be Litigated: LR 16.2 (5)

28  The *DEPARTMENT OF TREASURY*, **INTERNAL REVENUE TAX AND AUDIT SERVICE, INC. (IRS)**

1   **CITIZEN FINANCIAL GROUP OPERATIONS SERVICE DEPARTMENT: have never produce**

2   A Delegation of Authority order from United States Continental of Congress in North America, from being exempt

3   From House Joint Resolution 192- Public Law 73- 10, FORM 23-C from the Secretary of Treasury/ IRS COMMISSONER.

4   Suits or prosecutions for penalties or forfeitures under the laws of the United States were barred by a limitation ***

5   of five years, by R. S. 1 1047.  Became tortuous with injuries, considering that several approaches were done to

6   remedy this situation from that mailing documents as well as Telephonically Faxing the same.

7   **See Exhibit(s): E- 5; (4) PAGES.** IRC § 7433 must be brought within two years?

8   i tried to discharge this matter, and prevent illegal Acts, that occurred and caused an injury by an unlawful Garnishment.

9   See 28 C.F.R. Subpart Y and Appendix for current Delegations of compromise Authority to United States Attorneys.

10  See also <u>USAM 1-12.000</u>.  **5.17.5.5 (08-01-2010) Procedures Governing Civil Actions against United States.**

11   The Federal Rules of Civil Procedure establish procedures for Civil Actions against the United States in Federal.

12  District Courts Fed. R. Civ. P. 1. The action is commenced by Filing a complaint with the Court.

13  Then, the Clerk of Court will issue a Summons to the plaintiff or the plaintiff's Attorney, who is responsible for

14  prompt Service of the Summons and a Copy of the Complaint upon the United States. Fed. R. Civ. P. 3, 4.

15  That Service has been made upon the United States by delivering a Copy of the Summons and the Complaint to the

16  U.S. Attorney for the District in which the Action is brought, or to an Assistant United States Attorney or designated

17  Employee, and by sending a Copy of the Summons and the Complaint by Registered or Certified mail to the

18  Attorney General or Agency of the United States by serving the United States, as above, and by sending a Copy

19  of the Summons and Complaint to such Officer or Agency by Registered or Certified mail. Fed. R. Civ. P.

20  4(i) (2). A Civil Action against the United States in the United States Court of Federal Claims is commenced

21  by filing a complaint with the Clerk of that Court. Service of the Summons and Complaint on the United States

22  must be made in accordance with Rule 4(i). See paragraph (1) (a), above.

23  28 USC § 2410(b) establishes procedures for service of process on the United States in suits against the United States.

24  These procedures are identical to those provided by the Federal Rules of Civil Procedure, cited above.

25  **F- 6; Legal Notice of Demand (23) Pages.**

26  Congress passed the Internal Revenue Service Restructuring and Reform Act of 1998 (IRSRRA),

27  Pub. L. No. 105-206, 112 Stat. 685.

28  **5.17.5.16 (12-14-2007) Civil Damages for Certain Unauthorized Collection Actions**

1  IRC § 7433(a) provides that Taxpayers may sue the United States if, in connection with the Collection

2  of any Federal Tax, a Service officer or **employee recklessly or intentionally**, or by the amount of damages that may

3  be awarded is limited to the lesser of (*$1,000,000 if the damages were $100,000 in the case of negligence)*,

4  *or* the sum of the actual, direct economic damages sustained by the Taxpayer as a proximate result of the actions

5  of the Service Officer or Employee and the costs of the Action.

6  Prior to filing a complaint under IRC § 7433, the Taxpayer did exhaust all Administrative Remedies

7  **See Exhibit: G- 7 (2) Pages.  Exhibit H- 8; Certificate of mailing (3) Pages.**

8  provided by the **IRS. Treas. Regulation Subchapter F, § 301.7433-1 provides** that a Taxpayer's

9  Administrative remedies are deemed to be exhausted on the earlier of the date that a decision is rendered by the IRS

10  on an Administrative Claim for Damages filed in accordance with the manner and form set forth in the regulations,

11   or the **date six months** after the date that an Administrative Claim is filed in accordance with the manner and form.

12  set forth in the regulations Additional fact(s) that the IRS has violated its own CODE(S) 26 U.S.C. 6331(h).

13  Fair CREDIT Reporting Act 15 U.S.C. **§1681- IRM 5.17.6.10 (10/15/2010).**

14  Under IRC § 7433(e), Taxpayers may recover up to *$1 million in civil damages* arising from Actions taken by IRS

15   Employees Officers that are deemed to be **willful violations of Bankruptcy Code § 362**

16  (relating to the bankruptcy automatic stay) or **Bankruptcy Code §524** (relating to the effect of Bankruptcy-

17  discharges).  **Exhibits: I- 9 thru K- 11; (48) Pages.**

18  Claim for damages, Injury Actions under IRC § 7433 must be brought within *two years?*

19   after the date the right of action accrues. The right of action accrues when the Taxpayer knows or

20  should have known sufficient facts to be apprised that he has a claims. **Treasury regulation 301.7432.**

21  **None Collection Due Process (RRA) Notices, Wrongful Levy: 5.17.5.17.1 (12-14-2007)/25.3.3.9.3 (07-20-2010)**

22   A Levy may irreparably injure or destroy a Senior Lien even though legal rights to enforce the

23  Senior Lien interests survive the Levy. Such irreparable injury may occur, for example, where the

24  **Service seizes CREDIT in Accounts** subject to the Senior Lien and nothing is left for the Senior

25  Lien holder to pursue. Another example is where the **Service sells Seized personal property to**

26  **numerous purchasers**, which the Senior Lien holder cannot realistically pursue to satisfy its claim.

27  **See Exhibit(s): L-12 & M- 13; (4) Pages.  Return of levied property to taxpayer -**

28  See IRM 5.19.4.4.12, *Wrongful Levies*, or IRM 5.11.2.2.2.1, *Certain Wrongful Levy Situations.*

**25.3.3.10 (07-20-2010) Claims for Damages by Third Parties**

Under IRC § 7426(h), recovery of damages is permitted by a third party(s) in a wrongful levy suit if it is

determined that any Officer(s) or Employee(s) of the IRS recklessly, intentionally or by reason of negligence,

disregarded the provisions of the Code. The defendant(s), will be liable to the plaintiff(s) in an amount equal to

the lesser of $1,000,000 ($100,000 in the case of negligence) or the sum of:

Actual, direct economic damages sustained by the plaintiff(s) as a proximate result of the reckless,

intentional or negligent disregard by the Officer(s) or Employee(s) (reduced by the amount of damages awarded

under subsection (b) of section 7426), and the costs of the action. For mother (mavis tinnon) and son

(tyrus lavell tinnon- junior.) **25.3.3.10 (07-20-2010) Claims for Damages by Third Parties.**

A claim for damages brought under IRC § 7426(h) should be evaluated in the same manner as other

damage claims. See IRM 25.3.3.9.2, above. See also IRM 5.17.5.17.1, *Wrongful Levy*, and Publication

4528, *making an Administrative Wrongful Levy Claim under Internal Revenue Code (IRC) Section 6343(b).*

The False Claims Act allows private parties to file complaints on behalf of the United States.

**Declaratory Judgments: See 4-4.110 Civil Fraud Litigation**

**USC› Title 28 › Part VI › Chapter 161 › § 2411; USC› Title 28 › Part VI › Chapter 161 › § 2412**

**(c)(1)(2)(d)(1)(A)(B). Exhibits: N- 14 & O- 15, P- 16 (31) Pages.**

VII. JUDGMENT - Federal Rules of Civil Procedure: 37, 50, 54 (a) (b) (c). 55 (a) (b) (1) (2). 57, 58, 64,

65, 65.1, 68, 70. USAM 9-121.000, 9-121.102.  LR 7.1(e) (1) (A), LR (10), LR 16.3(e).

LR 26.2(b), LR 26.4(A) (2(b) (1) (d). LR 58.1 (a) (b) (c). LR 59.1, LR 72.1- 28 U.S.C. §2042, 2461, 2465

Claims for refund: 4.90.7.3.3(06/30/2007). 5.11.1.3.10(12/11/2010) Refund Litigation: 1(a)(b), 2, (a)(b)(c).

**Issues of Laws to be Litigated LR 16.2 (6)**

By violating the rights of a Taxpayer, Taxpayer Representative or other Employee(s) of the IRS

under the U.S. Constitution or under specified Civil Rights Acts, 28U.S.C. §1343, 1346.See below

falsified or destroyed documents to conceal mistakes made by any Employee with a matter involving

A Taxpayer or Taxpayer Representative; Title 42 of 1982, 1983, 1985 assaulted or battered a Taxpayer, or

Taxpayer Representative or other Employee(s) of the **IRS**, but only if there is a Criminal Conviction

or a final Civil Judgment to that violate the 1986 Code, Treasury regulations, or IRS policies (including the

IRS purpose of retaliating against and or harassing a Taxpayer). Sec., 8, 57. Of The National Banking Act of 1864.

1   IRC § 6672(c) provides that injunctions can be issued against Collection where the Taxpayer (pays); [CREDIT] a

2   portion of the Tax, files a claim for refund, and furnishes *a suitable bond*. Agents have engaged to violation

3   28 U.S.C. § 2465: US Code- Section 2465: Return of property to claimant; liability for wrongful Seizure.

4   28 U.S.C. § 2414: US Code- Section 2414: payment of judgments Clarifies that the award

5   of Attorney(s) fee(s) is permitted in actions for Civil damages for unauthorized inspection or disclosure

6   of Taxpayer returns and return information.  Civil damages for collection actions

7   (sec. 3102 of the Act and sections. 7426 and 7433 of the Code). Also 28§ U.S.C. 1442a (1) (2) (3) (4).

8   **United States v. Flores, 289 U.S. 137 (1933). Exhibit: S- 19, (1) Page FORM 8519**

9   **UNITED STATES CODE ANNOTATED Title 28 Federal Rules of Civil Procedure Rules 26 to 37**

10   Rule 30 Notes Ta 262. Annoyance, embarrassment or oppression When Taxpayer alleges in a response

11    Pleading that material sought by IRS summons is to be used solely for a Criminal Prosecution,

12   or that the INTERNAL REVENUE SERVICE is engaged upon a course of personal harassment,

13   Taxpayer is entitled to investigate the IRS purposes through deposition of the Special Agent.

14   U.S. v. Wright Motor Co., Inc., C.A. Ala. 1976, 536 F.2d 1090, Rehearing denied 542 F.2d 576.

15   Taxpayer against whom Government was attempting to enforce Summons and who claimed harassment was entitled

16   to take deposition of INTERNAL REVENUE Agent in charge of case in order to investigate

17   INTERNAL REVENUE SERVICE'S purpose. **Exhibit: R-18 (3) Pages** .

18   U.S. v. Roundtree, C.A. Fla. 1976, 536 F.2d 845 as cross references in-laws revealed that the IRS had caused a

19   sever tort of negligence to cover pure economic loss, acceptance of concurrent liability tortious negligence

20   and to Breach the Contract, of civic duty(s), and Oath(s) of Office in a dejure union republic form in Government,

21   to aid the FOREIGN BANKERS. For Fiduciary powers, from Europe to over throw our beloved! indigenous- anguilla

22   (western- morocco- moorish); The Articles of Treaty, Peace and friendship.  In 1786, via the U.S. Constitution of 1787.

23   And the Bill of Rights, Michigan Constitution of 1850, and National Banking Act of 1864.

24   USC › Title 28 › Part IV › Chapter 85 › § 1362, Pub. L. 112-283, Pub. L. 89–635, § 1 Oct. 10, 1966, 80 Stat. 880.)

25      **Exhibit: N- 14.** *Fischbach & Moore v. Philadelphia Nat. Bank, 134 Pa. Super. 84. 3 A.2d 1011, 1012.*

26   And whereas, this party cites the US Declaration of Independence which states "That all men are created equal,

27   that they are endowed by their creator with certain inalienable rights, and that these are life, liberty and the pursuit of

28   happiness". This is supported in U.S. Supreme Court decision in

1  Butcher's Union Co. v. Crescent City Co., 111 U.S. 746, at 756-757 (1883).

2  And whereas, this party cites U.S. Supreme Court decision in Murdoch vs. Pennsylvania, 319 U.S.

3   105, at page 113, (1943), that "a State may not impose a charge for the enjoyment of a right

4  granted by the Federal Constitution". That "a [State] may not impose a charge for the enjoyment of a

5  right granted by the Federal Constitution".

6  And whereas, this party cites U.S. Supreme Court decision in Tyler vs. US, 281 U.S 497, at page

7  502, (1930), "a Tax lay upon the **happening of an event**, as distinguished from its tangible fruits,

8  is an **INDIRECT TAX**".

9  **(U. S. C. C. A., 1901).  An action cannot be maintained on a Contract that is illegal or against Public**

10  **Policy, where both parties are equally culpable. (Hanover Nat. Bank of New York v. First culpable.**

11   **(Hanover Nat. Bank of New York v. First Nat. Bank of Burlingame, Kans., 109 Fed., Rep., 421**

12  The **Handbook for Revenue Agents, at paragraph 332: (1),** provides the following: *During the course of*

13  *Administratively collecting a Tax, an occasion may arise where **service of a Levy or a Notice of Levy is not***

14  ***adequate to seize the property of a Taxpayer**. It cannot be emphasized too strongly that Constitutional*

15  *guarantees and individual rights must not be violated. Property should not be forcibly removed*

16  *from the person of the Taxpayer. **Such conduct may expose a Revenue Officer(s) to an action in trespass,***

17  *assault **and battery, conversion, etc**. **The provision acknowledges the Supreme Court decision in***

18  **Larson v. Domestic and Foreign Commerce Corp. 337 U.S. 682 (1949).** In sum, the mandate **for due**

19  **process,** meaning initiatives through Judicial Courts, with **proper jurisdiction,** is clearly antecedent to

20  of Administratively- issued Liens, except where Licensing Agreements Obligate assets, or Seizures, ***whether***

21  ***by Garnishment,*** attachment of Bank Accounts, Administrative Seizure and sale of real or private or any

22  other **initiative that compromises life, liberty or property, peril of uncertainty.**

23  The necessity of due process is implicitly preserved by **28 USC § 2463,** which stipulates that any seizure

24  under United States Revenue Codes will be deemed in the custody of the laws and **subject solely to disposition**

25  **of Courts of the United States with proper jurisdiction.** In other words, even if IRS had legitimate authority in the

26  several States, and U.S. CORPORATIONS and Agencies would necessity have to **file a Civil or Criminal**

27  **Complaint prior to Garnishment, Seizure or any other action adversely affecting the life, liberty or property**

28  **of any given Person,** whether a **Fourteenth Amendment Citizen-subject** of the United States

1   or a Citizen Principal of one of the Several States. **Due process assurances in the Fifth and Fourteenth**

2   **Amendments do not equivocate** — Administrative Seizures without due process can be equated only to

3   tyranny and barbarian rule. **Further, even regulations governing IRS conduct acknowledge and**

4   **therefore preserve Fifth Amendment assurances at 26 CFR § 601.106(f) (1).** *(1) Rule I. An Exaction*

5   *by the U.S. Government, which is not based upon law, Statutory or otherwise, **is a taking of property without***

6   ***due process of law, in violation(s) of the Fifth and Fourteenth Amendment(s) of the U.S. Constitution**.*

7   *Accordingly, an Appeals representative in his or her conclusions of fact or application of the law, shall hew to the*

8   *law and the recognized standards of legal construction.*

9   *It shall be his or her duty to determine the correct amount of the Tax, with strict impartiality as between*

10   *the Taxpayer and the Government, and without favoritism or discrimination as between Taxpayers.*

11   Even Officers, Agents and Employees of **United States Agencies, are assured due process** where

12   Garnishment(s) is/are concerned (5 USC § 5520a).

13   Since the IRS Agents, have filed a Notice of Lien, and never answered to the Bill of Exchange, or the Letter

14   Notice of Lawsuit. **The False Claims Act** on March 2, 1863, 12 Stat. 696. (31 U.S.C. §§ 3729–3733 also

15   called the "**Lincoln Law**") (Pub.L. 99-562, 100 Stat. 3153, enacted October 27, 1986) is the appropriate

16   matter for filing this suit. In a 2008 case, *Allison Engine Co. v. United States ex rel. Sanders*, the United

17   State Supreme Court. **Exhibits: I- 9; J- 10, K- 11, Garnishments and years 2010, 2011, 2010, 2013 (61) Pages.**

18   *"Libel" and "Slander Seditious" (disambiguation).* In *Hoeppner v. Dunkirk Printing Co.*, 254 N.Y. 95 (1930).

19   *Hustler Magazine v. Falwell*, 485 U.S. 46 (1988): Extending standard to intentional infliction of emotional

20   Distress *Gertz v. Robert Welch, Inc.*, 418 U.S. 323 (1974): Actual malice not necessary for defamation of

21   private person if negligence is present.

22   *Bose Corp. v. Consumers Union of United States, Inc.*

23   *Libelli- famosi*, pasquils.

24   **Article 17 of the United Nations International Covenant on Civil and Political Rights States.**

25   1. No one shall be subjected to arbitrary or unlawful interference with his privacy, family,

26   home or correspondence, nor to unlawful attacks on his honor and reputation.

27   2. Everyone has the right to the protection of the law against such interference or attacks.

28   ***Clearfield Trust Co. v. United States***, 318 U.S. 363 (1943).

Case No. _____ - DECLARATORY JUDGEMENT FOR MONETARY DAMAGES/COPY RIGHT TRADE
MARK/LIBEL SLANDER

1   The U.S. Constitution grants Congress the power to enact Copyright laws in Article I, Section 8, Clause 8.

2   Copyright Term Extension Act of 1998.

3   (*State of Georgia v Harrison Co*, 548 F. Supp. 110, 114 (ND Ga 1982)).

4   (*Wheaton v. Peters*, 33 US (8 Pet) 591, 668 (1834)). Howell v Miller, (91 F 129 (1898)).

5   *Veeck vs. Southern Building Code Congress Int'l*, 293 F.3d 791 (5th Cir. 2002).

6   *Practice Management Info. Corp. v. American Medical Ass'n*, 121 F.3d 516 (9th Cir. 1997).

7   133 F.3d 1140 (9th Cir. 1998). 17 U.S.C. § 501, Copyright Act § 502, Section § 504 of the 1976 Act.

8   17 U.S.C. § 412, *Lowry's Reports, Inc. v. Legg Mason Inc.* 28 U.S.C. § 1338 Williams & Wilkins case,

9   487 F.2d 1345 (Ct. Cl. 1973), 420 U.S. 376 (1975).

10  **TITLE 17 - COPYRIGHTCHAPTER 5 - COPYRIGHT INFRINGEMENT AND REMEDIES,**

11  Copyright Act of 1976  Section § 504.  **§ 502. Remedies for infringement: MONETARY DAMAGES,**

12  (Pub. L. 94–553, title I, § 101, Oct. 19, 1976, 90 Stat. 2584.) **Historical and Revision Notes**

13  **house report no. 94–1476. Larson v. Domestic and Foreign Commerce Corp. 337 U.S. 682 (1949).**

14  **Bennis v. Michigan, U.S. Supreme Court No. 94-8729, March 4, 1996.**

15  Rodriguez v. United States, 629 F. Supp. 333 (N.D. Ill. 1986).  **Exhibit: Q- 17; Copy right (2) Pages.**

16  (See: Rabinowitz vs. Kennedy, 376 U.S. 605, 11 L. Ed. 2d 940, 18 U.S.C.A. 219 & 951). **(22 USCA § 286, et seq.).**

17  Westfall vs. Braley, 10 Ohio 188, 75 Am. Dec. 509, Adams vs. Richardson, 337 S.W. 2d 911; Ward vs. Smith, 7 Wall. 447).

18  **Schillinger v. United States, 155 U.S. 163 (1894). IRM 5.17.5.2 (12-14-2007).**

19  See Robinson v. United States, 920 F.2d 1157 (3rd Cir. 1990); see Cool Fuel, Inc. v. Connett,685 F.2d309 (9th Cir.-

20  1982). Zinc Carbonate Co. v. First National Bank, 103 Wis., 125, 79 NW 229." American Express Co. v. Citizens

21  State Bank, 194 NW 430. Bivens v. Six Unknown Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).

22  IRM **5.17.5.14 (08-01-2010). Exhibit: R- 18; Hold Harmless Indemnity Agreement (3) Pages.**

23  Davis v. Passman, 442 U.S. 228 (1979). **Schweicker v. Chilicky, 487 U.S. 412 (1988).**

24  See Stonecipher v. Bray, 653 F.2d 398, 401 (9th Cir. 1981), cert. denied, 454 U.S. 1145 (1982). See IRM

25  5.17.5.16, below, for a discussion of IRC § 7433. IRC § 7423(2). 28 CFR § 50.15(a).

26  *Murray's Lessee v. Hoboken Land & Improvement Co.* 59 U.S. 272 (1855).

27  *Chisholm v. Georgia*, 2 U.S. (Dallas 2) 419 (1793). *Cohens v. Virginia*, 19 U.S. 264 (1821).

28  *Marbury v. Madison*, 5 U.S. (1 Cranch) 137 (1803).

1    Alexander Hamilton, in *Federalist No. 78*

2    ## DAMAGES LR 16.2(10)

3    **USC› Title 28 › Part VI › Chapter 161 › § 2411; USC› Title 28 › Part VI › Chapter 161 › § 2412** (c)(1)(2)(d)(1)

4    **(A)(B). *Making false claims must be begun within six years*,** under R. S. § 3494, post, 6415.

5    VII. JUDGMENT - Federal Rules of Civil Procedure: 37, 50, 54 (a) (b) (c). 55 (a) (b) (1) (2). 57, 58, 64,

6    65, 65.1, 68, 70. USAM 9-121.000, 9-121.102.   LR 7.1(e) (1) (A), LR (10), LR 16.3(e).

7    LR 26.2(b), LR 26.4(A) (2(b) (1) (d). LR 58.1 (a) (b) (c). LR 59.1, LR 72.1- 28 U.S.C. §2042, 2461, 2465

8    Claims for refund: 4.90.7.3.3(06/30/2007). 5.11.1.3.10(12/11/2010) Refund Litigation: 1(a) (b), 2, (a) (b)

9    The time within which suits or proceedings for the recovery of INTERNAL REVENUE TAXES, alleged to have been

10   erroneously or illegally assessed, collected, etc., must be commenced, was prescribed by R. S. § 3227, post, § **5950;**

11   and the time within which claims for refundment must be presented, was prescribed by R. S. if 3228, post, § 5951.

12   34.5.1.1.2.2.1 (08-11-2004) Equitable Recoupment. 34.5.1.1.2.2.2 (08-11-2004) Equitable Estoppels.

13   *Brown v. General Servs. Admin.,* 425 U.S. 820, 834, 96 S. Ct. 1961, 48 L.Ed.2d 402 (1976).

14   *See Kulawy v. United States,* 917 F.2d 729, 733-34 (2d Cir.1990) 27 Am. Jur. 2d Equity 87 (1966).

15   ***New York Times Co. v. Sullivan,*** 376 U.S. 254 (1964.) [441 U.S. 153,154].

16   Hoeppner v. Dunkirk Printing Co., 254 N.Y. 95 (1930). Curtis Publishing Co. v. Butts, 388 U.S. 130

17   (1967). Hustler Magazine v. Falwell, 485 U.S. 46 (1988). **Lowry's Reports, Inc. v. Legg Mason Inc.**

18   **History of Civil Wrongs and or both Civil Rights violations**: U.S. Marshals Upholding the Constitution

19   ... nor shall any [State] deprive any person of life, liberty, and or property(s), without due process of law; nor deny to

20   (An organic (man)/natural (man-kind, human- kind) and or Person within its jurisdiction the equal protection of the

21   Revised Statute §4283(Limitation Act §3), 46 U.S.C. app. §181, 183(2000). (Amount of liability) $814,949,514

22   ## Settlement LR 16.2(12)

23   i- we shall acknowledge the opportunity to have a set- off conducted under **28 U.S.C. § 2508**

24   **IRS FORM 8302**, *Electronic Deposit of Tax Refund of $1 Million or More*. See IRM 3.17.79.3.10.1

25   /s/ *Tyrus Laell Tinnon -Senior*

26   TYRUS L. TINNON, "et al." TRUSTORSHIP

27   c/o 180 east dakota street
     detroit, michoacan/michiganian union republic near [48203]

28   313-618-5961 Pro se/Admiral& trustee/***seaman seal***

29

**cc:** **Office of the Attorney General  Department of Justice Interpol**
    **United States National Central Bureau**
    **10th & Pennsylvania Ave., N.W.**
    **Washington, D.C. 20530-0001**



**bcc:** **United States Attorney's**
    **General's Office Eastern District of Michigan**
    **211 W. Fort St., Suite 2001**
    **Detroit, MI 48226**

## CERTIFICATE OF SERVICE

i hereby certify that on this 16h day of June, 2014. i filed a Verified Complaint with U.S. District Clerk for South-Eastern Michigan Court's for Exparte Motion for Leave to File Exhibits in Traditional Manner, Non-ECF System, and copies of these document(s). Non- Attorney Status, Non- registered with the ECF System, which shall be sent to U.S. Government and its Agencies, of record in this matter of litigation.
**The Postal Department:** Article I, section 8, Clause 7 of the United States Constitution.
General Postal Union; October 9, 1874.
*18 U.S.C. § 1725*
International Bureau of the Universal Postal Union, Done at Vienna, 10 July 1964.
U.S.P.S. Domestic Mail Manual (DMM) § 601.
FEDERAL RULES OF CIVIL PROCEDURE(2011).
 And shall be served by United States Marshall Service. By utilizing Form USM-285, 28 U.S.C. §566, **via** the Service of Process Receipt and Return served.







Case No. _____ - DECLARATORY JUDGEMENT FOR MONETARY DAMAGES/COPY RIGHT TRADE MARK/LIBEL SLANDER






## AFFIADAVIT OF DENIAL OF ATTORNEY STATUS

i, tyrus lavell tinnon-senior. A living- antigua moor in resdencia de los michoacan/michigania [North America], breathing full of consciousness indigenous man, declare that the following facts are true and misleading. That i don't have nor have i ever received practice law to receive a "BAR Card" from a De facto CORPORATION. The equal dignity rule is a principle of law that requires an authorization for someone performing certain acts for another person to have been appointed with the same formality as required for the act the representative is going to perform.

### NOTICE TO THE AGENT IS ALSO NOTICE TO THE PRINCIPAL
### NOTICE TO THE PRINCIPAL IS ALSO NOTICE TO THE AGENT

If any man/woman desiring to object to this Affidavit, please respond in the manner of this Affidavit, with Notarized Affidavit, using my nobility or family seal for autograph, and mail to the below name address provided below, within Three days (3) days of receipt or default will be obtained.

On the 16th day of June 2014 A.D., i certify that the nature is true and correct, and a copy shall be on file with the United States District Court Clerk, for Southeastern Michigan.

/s/ _Tyrus lavell Tinnon-Senior_

TYRUS L. TINNON, SR., et al- TRUSTORSHIP
c/o 180 east dakota street detroit, michigianian republic  near [48203]
313-618-5961
Pro se/Admiral& trustee



MIED  (Rev. 6/05) Ex Parte Motion for Leave to File Exhibits in the Traditional Manner

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

TYRUS L. TINNON, SR., "et al" TRUSTORSHIP

Plaintiff(s),                                    Case No.

v.                                               Judge

UNITED STATES , "et al"

                                                 Magistrate Judge

Defendant(s).
_____/

## EX PARTE MOTION FOR LEAVE TO FILE
## EXHIBITS IN THE TRADITIONAL MANNER

NOW COMES the undersigned, and pursuant to the Electronic Filing Policies and Procedures, seeks leave

of this Court to file exhibits in the traditional manner.

The exhibits to A-1 THRU S-19:  TOTAL OF 89 PAGES

cannot be authentically converted to electronic form for the following reason(s):  Possible would exceed the MB.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in

this motion.

Date:  06/16/2014

Signature

Bar No.

care of 180 east dakota street
Street Address

detroit, michoacan/michigania near [48203]
City, State, Zip Code

313-618-5961
Telephone Number

THE1MOOR@GMAIL.COM
Primary Email Address

MIED (Rev. 6/05) Notice of Filing Exhibits in the Traditional Manner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Plaintiff(s).
TYRUS L. TINNON, SR., "et al"TRUSTOR SHIP

Case No.

v.

Judge

United States, "et al"

Magistrate Judge

Defendant(s).

_____/

## NOTICE OF FILING EXHIBITS IN THE TRADITIONAL MANNER

Please take notice that the undersigned has filed exhibits to the following paper in the traditional manner.

Leave of Court was previously granted on _____ by the above judicial officer.
[Date]

Title of Paper: Bill of Exchange & UCC FINANCING STATEMENT, Faxes, Track & Confirm, Payment Summary
for 2010, Pictures of heart attack & clot, Legal Notice of Federal Tort Form 95, Certificate of Service,
Payment Summary for 2011, Payment Summary For 2012, Payment Summary for 2013, Administrative
Acknowledgement for Tort, Federal Tort Claim Response, Constructive Notice Of Intent to Sue,
Constructive Notice of Demand to remove Lien/Levy, U.S.P.S TRACK & CONFIRM, Notice of Copyright,
Hold Harmless Indemnity Agreement, FORM 8519.

The exhibits have been served in hard copy on all parties pursuant to federal and local rules.

Date: 06/16/2014 _____

_____
Signature

_____
Bar No.

**Care of 180 east dakota street**
Street Address

**detroit, michigania republic near [48203]**
City, State, Zip Code

**3136185961**
Telephone Number

**THE1MOOR@GMAIL.COM**
Primary Email Address

Exhibits of Table of
Contents

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN**

**INDEX OF EXHIBITS IN COMPLIANCE WITH (R 18)**

| Exhibit | Description |
|---|---|
| A-1 | Bills of Exchange & UCC FINANCING STATEMENT: (3) Pages |
| B-2 | Faxes: (1) Pages |
| C-3 | Track & Confirm: (2) Pages |
| D-4 | Garnishments in 2010: (13) Pages |
| E-5 | Pictures of heart attack & clot: (4) Pages |
| F-6 | Legal Notice of Demand: (23) Pages |
| G-7 | Federal Tort Form 95: (2) Pages |
| H-8 | Certificate of Mailing:  (3) Pages |
| I-9 | Garnishments in 2011:  (5) Pages |
| J-10 | Garnishments in 2012:  (26) Pages |
| K-11 | Garnishments in 2011:  (17) Pages |
| L-12 | Acknowledgement for Administrative response: (2) Pages |
| M-13 | Federal Tort Claim Response: (2) Pages |
| N- 14 | Constructive Notice of Intent to Sue: (15) |
| O- 15 | Constructive Notice of Demand to Release Lien/Levy: (14) Pages |
| P -16 | U.S.P.S. TRACK & CONFIRM: (3) Pages |
| Q- 17 | NOTICE OF COPYRIGHT: (3) Pages |
| R- 18 | Hold Harmless Indemnity Agreement: (3) Pages |
| S- 19 | FORM 8519: (1) Pages |

EXHIBIT A

Exhibit A-1, & Narrative

THIS DOCUMENT HAS A GRADUATED BACKGROUND, DARK TO LIGHT. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Private Issue          Bill of Exchange          IAW IRM 3.8.45.4.10.1 (01-01-2010)

Place of Drawing: **DETROIT, MICHIGAN**    Date: **April 5, 2010**    No. __CR00002__

Credit to the Order of: Department of Treasury/INTERNAL REVENUE SERVICE

Credit in One (1) Installment; First of Exchange at Sight    Fed Wire: 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

Amount: Thirty Six Thousand Five Hundred One Dollars Ninety Nine-Zero Cts.    USD **$36,501.99** and 99 100s

Value Received and Charge to Account of: TYRUS L. TINNON, SR.

C/o Depository Trust Company, 55 Water Street, New York, NY 10041

Issued under Safe Harbor law Title 26 Subtitle A Subchapter J Part 1 Subpart E Section 674(b) (5) (b)

To: Department of the Treasury Office of Executive Secretary        Drawer and Location *Tyrus L. Tinnon, Sr.*
     1500 Pennsylvania Avenue, NW                          Exemption from Levy/Good as Avail/Without Recourse     UCC 1- 308
     Washington, DC 20220 ROOM 3414                        by: _____
     **VOID WHERE PROHIBITED BY LAW**                       Authorized Representative/Trust Interest holder

International (t)

**EXHIBIT**

**A-1**

| Date | Account No. | Amount | Previous Balance | Current Balance |
|------|-------------|--------|------------------|-----------------|
| 04-06-2010 | 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 | $36,501.99 | $36,501.99 | ----$0:00----- |

## MEMORANDUM

**Fiduciary Collector:** Post the uncollected funds into the asset column of this account and change the offer and acceptance for settlement; prepaid/full credit and exempt when entered in the post- closing balance.

This statement constitutes Maker's order to credit this instrument upon presentment and endorsement.

As an operator of Law, Payee/tacitly consents and agrees that there is accord and satisfaction by use of this instrument to satisfy Payee's claim and maker is hereby discharged from liability on this alleged account and the obligation is suspended in accordance with Law as codified at UCC §§ 3-310(b), 3-311, 3-603, Public Law 73-10 and Public Policy—House Joint Resolution 192 of June 5, 1933.

Maker does not waive timeliness. However, if Payee needs additional time, Payee must present Maker with a written request for additional time with reasonable time, and setting forth the reason Payee request an extension of time, with good cause shown. The acceptability of any such request received by Maker from Payee is conditional upon approval by Maker.

In the event this instrument is not present for payment within a reasonable period of time, and there has been no request for an extension of time with good cause shown, Payee tacitly consent and agrees that Maker has satisfied/discharged the debt claim to this alleged account.

Payee tacitly consents and agrees that Payee has a duty to prevent this alleged debt claim from damaging Maker in any way, and that Payee confesses judgment and Maker reserves the right to initiate a counterclaim against Payee/Alleged Creditor and all other ........... responsible party, including Alleged Creditor and all principals, agents, and assignees of Alleged Creditor, whose acts/omissions result in damages against Maker ...........

For questions regarding this draft, contact the maker: $ / ¥ .

TYRUS L. TINNON, SR.
180 EAST DAKOTA ST.
DETROIT, MICHIGAN 48203

**"SEE REVERSE SIDE"**

E
X
H
I
B
I
T

A-1      VersiCheck Form 1000 Graduated                                              Rev 20070110

L 46469 - P 320

SUBCRIBE AND SWORN before me this _5_ day of _April_, A.D. 2010, A Notary, that _Tyrus L Timmons SC_ personally appeared and known to me to be the Man whose Title subscribe to the within instrument and acknowledge to be the same

_____ (Seal)
Notary Public in and for said State

State of _MI_, County of _WAYNE_     My Commission expires:
Signed before me this _5_ day          _____
Of _APRIL_ , _2010_

NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
MY COMMISSION EXPIRES OCT. 10, 2012

2010 APR -7 PM 1:05

2010 APR -7 PM 3:11

Bernard J. Youngblood
Wayne County Register of Deeds
April 07, 2010  03:12 PM
Liber 48469 Page 317-320
#2010148176  FXA  FEE: $24.00

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Tyrus L. Tinnon, Sr.
Organic Original Jurisdiction
Care of Pyramid on the Mound
Non Domestic/Non Resident
180 East Dakota Street
near [48203]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
Liber 49755 Page 46-108A #209062455

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial).** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION**

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION**

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Department of Treasury Office of Executive Secretary | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | Geithner | Timothy | | trustee |
| 7c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION  Organic Bank | 7f. JURISDICTION OF ORGANIZATION  District of Columbia | 7g. ORGANIZATIONAL ID #, if any | ☑ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE)** check only one box
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

NOTICE: REQUEST REGARDING TRUSTEE ACTION & FINAL STATEMENT OF ACCOUNT- Timothy F. Geithner, CFO/TRUSTEE.
Private issue Bills of Exchange Series BOE- TLTSR- 0002 Issued under Safe Harbor in Accordance with Title 26 Subtitle A Subchapter J Part I Subpart E Section 674 (b)(5)(b)

REGISTERED MAIL "RE 126 806 865 US"

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | 9a. ORGANIZATION'S NAME |
|---|---|
| OR | |

Narrative for Bill of Exchange

The synopsis for this narrative is put the facts under the microscope of injustice when a Corporation exceeds its Charters by violating The National Banking Act of 1864. During 01/01/2010 the Executive branch of Department of Treasury/IRS.   Exclusive Remedy 46 U.S.C. § 30101/62 Stat. 496- IRM **3.8.45.4.10.1  (01-01-2010) Bill of Exchange:** If a Bill of Exchange or Registered Bill of Exchange is received from a Taxpayer authorizing the campus to settle their account through Fed Wire/EFT, send everything received to the following address: **Department of the Treasury Office of Executive Secretary**
**1500 Pennsylvania Avenue, NW**
 **Room 3413**
**Washington, DC 20220**

Although this is technically utilized the IRS was still relentless in their compliance in following the laws and IRM.

**E**
**X**
**H**
**I**
**B**
**I**
**T**

**A-1**

Exhibit B –2 , & Narrative

2010 06/17 00:42  3138684558                BBDGE                              P.001

```
***************************************
***        ACTIVITY REPORT        ***
***************************************
```

| NO. | JOB NO. | START TIME | MODE | | DESTINATION TEL/ID | PAGE | RESULT | |
|-----|---------|-----------|------|------|-------------------|------|--------|------|
| 01 | 0001 | 07/19 01:19 | TX | ECM | | 001 | OK | 00'10 |
| 02 | 0002 | 07/19 01:20 | RX | ECM | 23 | 001 | OK | 00'14 |
| 03 | 0003 | 08/25 02:20 | TX | ECM | | 002 | OK | 02'11 |
| 04 | 0004 | 08/25 02:26 | TX | ECM | 15025690827 | 002 | OK | 01'02 |
| 05 | 0005 | 12/04 02:51 | TX | G3 | 15025690827 | 000 | NG | 00'00 |
| 06 | 0006 | 12/04 02:52 | TX | G3 | 18774770572 | 000 | 00FF NG | 00'00 |
| 07 | 0007 | 12/04 02:56 | TX | G3 | 18774770572 | 000 | 00FF NG | 00'00 |
| 08 | 0008 | 06/15 05:02 | TX | G3 | 18774770572 | 000 | 00FF NG | 00'00 |
| 09 | 0010 | 06/15 05:12 | TX | ECM | 18774770572 | 001 | 00FF OK | 00'32 |
| 10 | 0011 | 06/17 00:39 | TX | ECM | ++++++03+3 | 004 | OK | 01'17 |
| | | | | | 9043013638 | | | |

E
X
H
I
B
I
T

B-2

Narrative for Faxes

The synopsis for faxing is to verify that a communication was transacted by means to send documents.

E
X
H
I
B
I
T

**B-2**

Exhibit C – 3, & Narrative

# Track & Confirm

## Search Results

Label/Receipt Number: RE12 6806 865U S
Class: First-Class Mail
Service(s): Registered Mail
          Return Receipt
Status: Delivered

**Track & Confirm**

Enter Label/Receipt Number.

Your item was delivered at 7:18 AM on April 13, 2010 in WASHINGTON, DC 20220.

**Detailed Results:**

* Delivered, April 13, 2010, 7:18 am, WASHINGTON, DC 20220
* Arrival at Unit, April 13, 2010, 4:20 am, WASHINGTON, DC 20074
* Acceptance, April 10, 2010, 12:28 pm, LIVONIA, MI 48150

**Notification Options**

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go

E
X
H
I
B
I
T

C- 3

Direct Query - Intranet                                        Page 1 of 1



**UNITED STATES POSTAL SERVICE**

---

**Track/Confirm - Intranet Item Inquiry**
**Item Number: RE12 6806 865U S**

**This item was delivered on 04/13/2010 at 07:18**

| Signature: |  |
| --- | --- |
| Address: | |

**Enter Request Type and Item Number:**

**Quick Search** ◉        **Extensive Search** ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Narrative for Track & Confirm

The synopsis for Track & Confirm is away to pin point with accuracy via U.S Mail, Fed x or UPS, Carriers in the mailing industry.

E
X
H
I
B
I
T

C- 3



**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL 35201-1686



003103

**THIS IS NOT A BILL**
**PLEASE RETAIN FOR YOUR RECORDS**

01/08/10



TINNON T L
180 E DAKOTA
DETROIT, MI      48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service                    TIN Num: 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
Federal Payment Levy Program                TOP Trace Num: N61428453
Stop 5050, Annex 5                          Acct Num: 03718681663020612
PO Box 219236                               Amount This Creditor:      $36.70
Kansas City, MO  64121-9236                 Creditor: 51      Site: MC
**800-829-7650**
PURPOSE: Tax Levy

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service

E
X
H
I
B
I
T

D- 4

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 01/08/10
TOTAL AMOUNT OF THIS REDUCTION:      $36.70
PAYING FEDERAL AGENCY:  United States Postal Service

FOR OFFICIAL USE ONLY:      0000002657 N6142845368673611800033676009.ALTR-P01TINN002657

ZL0709

**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL 35201-1686



### THIS IS NOT A BILL
### PLEASE RETAIN FOR YOUR RECORDS

02/05/10



TINNON T L
180 E DAKOTA
DETROIT, MI        48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO  64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N62063878
Acct Num: 037186816630200612
Amount This Creditor:       $215.71
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency.  That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date.  If you intend to contact the Agency,  please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 02/05/10
TOTAL AMOUNT OF THIS REDUCTION:       $215.71
PAYING FEDERAL AGENCY:  United States Postal Service

ZL0709

**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL  35201-1686



**THIS IS NOT A BILL**
**PLEASE RETAIN FOR YOUR RECORDS**

04/02/10



TINNON T L
180 E DAKOTA
DETROIT, MI     48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050,  Annex 5
PO Box 219236
Kansas City, MO  64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N64887657
Acct Num: 037186816630200612
Amount This Creditor:        $216.62
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency.  That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds.**If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date.  If you intend to contact the Agency,  please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 04/02/10
TOTAL AMOUNT OF THIS REDUCTION:        $216.62
PAYING FEDERAL AGENCY: United States Postal Service

ZL0709



**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL 35201-1686

002779

**THIS IS NOT A BILL**
**PLEASE RETAIN FOR YOUR RECORDS**

03/19/10



N64236139

TINNON T L
180 E DAKOTA
DETROIT, MI      48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO 64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N64236139
Acct Num: 0371868166630200612
Amount This Creditor:      $215.71
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME: TINNON T L
PAYMENT DATE: 03/19/10
TOTAL AMOUNT OF THIS REDUCTION:      $215.71
PAYING FEDERAL AGENCY: United States Postal Service

FOR OFFICIAL USE ONLY:      0000002754 N64236139686736118000035826076ALTR-P01TINN002754

ZL0709

**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL  35201-1686



003104

## THIS IS NOT A BILL
## PLEASE RETAIN FOR YOUR RECORDS

04/16/10



N65112919

TINNON T L
180 E DAKOTA
DETROIT, MI      48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe.  The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050,  Annex 5
PO Box 219236
Kansas City, MO  64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N65112919
Acct Num: 037186816630200612
Amount This Creditor:        $216.62
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency.  That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date.  If you intend to contact the Agency,  please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 04/16/10
TOTAL AMOUNT OF THIS REDUCTION:        $216.62
PAYING FEDERAL AGENCY:  United States Postal Service

ZL0709



**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL 35201-1686

002399

**THIS IS NOT A BILL**
**PLEASE RETAIN FOR YOUR RECORDS**

04/30/10



N66025350

TINNON T L
180 E DAKOTA
DETROIT, MI    48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO 64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N66025350
Acct Num: 037186816630200612
Amount This Creditor:        $40.93
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 04/30/10
TOTAL AMOUNT OF THIS REDUCTION:        $40.93
PAYING FEDERAL AGENCY: United States Postal Service

FOR OFFICIAL USE ONLY:      0000002375 N66025350686736118000031996096ALTR-P01TINN002375



ZL0709

**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL  35201-1686



002902

**THIS IS NOT A BILL**
**PLEASE RETAIN FOR YOUR RECORDS**

07/23/10



N67555319

TINNON T L
180 E DAKOTA
DETROIT, MI       48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe.  The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050,  Annex 5
PO Box 219236
Kansas City, MO  64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N67555319
Acct Num: 037186816655200712
Amount This Creditor:        $216.24
Creditor: 51        Site: MC

The Agency has previously sent notice to you at the last address known to the Agency.  That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date.  If you intend to contact the Agency,  please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 07/23/10
TOTAL AMOUNT OF THIS REDUCTION:        $216.24
PAYING FEDERAL AGENCY: United States Postal Service

FOR OFFICIAL USE ONLY:      0000002221 N67555319686736118000029346076ALTR-P01TINN002221

ZL0709

**DEPARTMENT OF THE TREASURY**
FINANCIAL MANAGEMENT SERVICE
P. O. BOX 1686
BIRMINGHAM, AL 35201-1686



002529

### THIS IS NOT A BILL
### PLEASE RETAIN FOR YOUR RECORDS

08/06/10



N67882008

TINNON T L
180 E DAKOTA
DETROIT, MI     48203-2206

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

Internal Revenue Service
Federal Payment Levy Program
Stop 5050, Annex 5
PO Box 219236
Kansas City, MO 64121-9236
**800-829-7650**
PURPOSE: Tax Levy

TIN Num: 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
TOP Trace Num: N67882008
Acct Num: 0371868166552007l2
Amount This Creditor:        $216.62
Creditor: 51      Site: MC

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

U. S. Department of the Treasury
Financial Management Service

**PAYMENT SUMMARY**
PAYEE NAME:  TINNON T L
PAYMENT DATE: 08/06/10
TOTAL AMOUNT OF THIS REDUCTION:       $216.62
PAYING FEDERAL AGENCY: United States Postal Service

FOR OFFICIAL USE ONLY:      0000002213 N67882008686736l1800027416015PLTR-P0ITINN002213



ZL0709